UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61601-CIV-SMITH/HUNT

RALPH J. MASSETTI, JR.,

    Plaintiff,

vs.

GREENSPRING CAPITAL
MANAGEMENT, LLC, *ET AL.*,

    Defendant.
_____/

### ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon Magistrate Judge Hunt's Report and Recommendation [DE 23], recommending Defendant Greenspring Capital Management, LLC's Motion for Sanctions [DE 18] be denied. Greenspring Capital Management, LLC has filed a Notice of Non-Objection [DE 24] and Plaintiff has not filed an objection. Accordingly, having reviewed the Report and Recommendation, the motion, the record, and given that no objections have been filed, it is

    **ORDERED** that:

    1)    Magistrate Judge Hunt's Report and Recommendation [DE 23] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

    2)    Defendant Greenspring Capital Management, LLC's Motion for Sanctions [DE 18] is **DENIED**.

    **DONE and ORDERED** in Fort Lauderdale, Florida, this 12th day of February, 2026.

                                                  RODNEY SMITH
                                                  UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record